IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DERRICK DEAN COFFELT,

        Plaintiff,

v.

KATHARINE R. SEMPLE,

        Defendant.

No. 6:20-cv-00636-AR

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Armistead issued a Findings and Recommendation on June 3, 2022, in which he recommends that the Court grant the motion to dismiss in part. F&R, ECF [37]. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v.*

1 – ORDER

*Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Armistead's Findings and Recommendation [37]. Accordingly, Defendant's Motion to Dismiss is GRANTED IN PART and DENIED IN PART [18]. Plaintiff's Motion for A Temporary Restraining Order and Preliminary Injunction is DENEID [21].

IT IS SO ORDERED.

DATED: _____July 14, 2022_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER