IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DERRICK DEAN COFFELT,                                   No. 6:20-cv-00636-AR

        Plaintiff,                                    ORDER

    v.

KATHARINE R. SEMPLE,

        Defendant.

HERNÁNDEZ, District Judge:

    Magistrate Judge Armistead issued a Findings and Recommendation on June 8, 2023, in which he recommends that the Court deny Plaintiff's Motion for Partial Summary Judgment and grant Defendant's Motion for Summary Judgment. F&R, ECF 81. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v.*

1 – ORDER

*Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Armistead's Findings and Recommendation [81]. Accordingly, Plaintiff's Motion for Partial Summary Judgment [55] is DENIED and Defendant's Motion for Summary Judgment [61] is GRANTED.

IT IS SO ORDERED.

DATED: _____July 24, 2023_____.

*Marco Hernandez*
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER